BEFORE THE FIRST DIVISION, JUNE 16, 1948

**No. 52383.**—Micro Sonic Corp. v. United States, protest 137042–K (New York).

Opinion by OLIVER, P. J. It was stipulated that the merchandise consists of record changer units similar in all material respects to those the subject of *Garrard Sales Corp.* v. *United States* (35 C. C. P. A. 39, C. A. D. 369). In accordance therewith the claim of the plaintiff was sustained.

**No. 52384.**—Magnus, Mabee & Reynard, Inc. v. United States, protests 130649–K, etc. (New York).

Opinion by COLE, J. It was stipulated that the merchandise in question is the same in all material respects as the estrogenic substances passed upon in *Roche-Organon* v. *United States* (35 C. C. P. A. 99, C. A. D. 378). The claim at 10 percent under paragraph 34 was therefore sustained.

**No. 52385.**—Ciba Pharmaceutical Products, Inc. v. United States, protests 134095–K, etc. (New York).

Opinion by COLE, J. It was stipulated that the merchandise in question is the same in all material respects as the estrogenic hormone passed upon in *Roche-Organon* v. *United States* (35 C. C. P. A. 99, C. A. D. 378). The claim at 10 percent under paragraph 34 was therefore sustained.